# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEROMY D. BRAY, and JUSTIN SPENCE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   Case No. CIV-22-00202-PRW |
| OKLAHOMA COUNTY JAIL TRUST AUTHORITY, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

This § 1983 action is before the Court on U.S. Magistrate Shon T. Erwin's Report & Recommendation (Dkt. 4), entered on March 22, 2022. The Court observes that no party has objected to the Report & Recommendation within the time limits prescribed.[1] The Court has also reviewed the Report & Recommendation (Dkt. 4) de novo and agrees with the reasoning and conclusions therein.

Accordingly, the Court **ADOPTS** Magistrate Judge Erwin's Report & Recommendation (Dkt. 4) and **DISMISSES** Plaintiff Justin Spencer from the case, without

---

[1] The docket indicates that the copy of the Report & Recommendation mailed to Plaintiffs' last known address—at the Oklahoma County Detention Center—was returned as undeliverable. However, Plaintiff is still responsible for providing notice to this Court of any change of address, and "[p]apers sent by the court will be deemed delivered if sent to the last known address given to the court." *Arauz v. Farley*, 2019 WL 458406, at *1 (Feb. 5, 2019) (quoting Local Civil Rule 5.4(a)); *see also Theede v. U.S. Dep't of Labor*, 172 F.3d 1262, 1267–68 (10th Cir. 1999) (pro se plaintiff who failed to provide a change of address waived right to review by failing to timely object to the report and recommendation).

1

prejudice, due to infeasible joiner. This Order does not terminate the referral to Magistrate Judge Erwin in this matter.

**IT IS SO ORDERED** this 12th day of April 2022.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE