IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEROMY D. BRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00202-PRW |
| | ) |
| OKLAHOMA COUNTY JAIL TRUST AUTHORITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This § 1983 action is before the Court on U.S. Magistrate Shon T. Erwin's Report & Recommendation (Dkt. 8), entered on April 26, 2022. The Court observes that no party has objected to the Report & Recommendation within the time limits prescribed. The Court has also reviewed the Report & Recommendation (Dkt. 8) de novo and agrees with the reasoning and conclusions therein. Therefore, the Court adopts the Report & Recommendation in its entirety.

Accordingly, the Court **ADOPTS** Magistrate Judge Erwin's Report & Recommendation (Dkt. 8) and **DISMISSES** the action, without prejudice as to refiling, for Plaintiff's failure to advise the Court of his new address and failure to comply with the Court's orders.

**IT IS SO ORDERED** this 16th day of May 2022.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE